■ In the Matter of JESSICA LYNN KIRKPATRICK, Appellant, v RICHARD C. KIRKPATRICK, Respondent. (Appeal No. 2.) [984 NYS2d 919]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered December 13, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted in part the petition for modification of a prior visitation and custody order.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kirkpatrick v Kirkpatrick* (117 AD3d 1575 [2014]). Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

■ In the Matter of JESSICA LYNN KIRKPATRICK, Appellant, v RICHARD C. KIRKPATRICK, Respondent. (Appeal No. 3.) [985 NYS2d 415]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered December 13, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Kirkpatrick v Kirkpatrick* (117 AD3d 1575 [2014]). Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.